AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| Tom Lee<br>*Plaintiff(s)*<br>v.<br>Graham Enterprises, Inc.<br>*Defendant(s)* | ) | Civil Action No. 3:20-cv-240-CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Graham Enterprises, Inc.
c/o Charles Graham
1910 22nd Ave. Hgts
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Curtis R. Hussey
Hussey Law Firm, LLC
82 Plantation Pointe Road, No. 288
Fairhope, AL 36532-1896

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Arthur Johnston
*CLERK OF COURT*

Date: 04/06/2020

L. Townsend
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

Civil Action No. 3:20-cv-240-CWR-FKB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* GRAHAM ENTERPRISES, INC. c/o Charles Graham, Registered Agent was received by me on *(date)* Jun 8, 2020.

[X] I personally served the summons on the individual at *(place)* 1910 22ND AVENUE HTS, MERIDIAN, MS 39301 on *(date)* Sat, Jun 13 2020 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

[ ] I returned the summons unexecuted because: ____________ ; or

[ ] Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under penalty of perjury that this information is true.

Date: Jun 15, 2020

Terry Keith

*Server's signature*

Terry Keith

*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004

*Server's address*