**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **TOM LEE** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 3:20-CV-240-CWR-FKB** |
| **GRAHAM ENTERPRISES, INC.** | **DEFENDANT** |

# DEFAULT JUDGMENT

The Court has granted the plaintiff's motion for default judgment against the defendant. *See* Docket No. 7. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Tom Lee against defendant Graham Enterprises, Inc. in the amount of $4,068. Interest shall run on this amount from this day until the judgment is satisfied, at an annual rate of 0.13%.

**SO ORDERED**, this the 20th day of October, 2020.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE